IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00817-WYD-KLM

QUIZNO'S FRANCHISING II, LLC.,
QFA ROYALTIES, LLC.,
QIP HOLDER, LLC.,
TQSC II, LLC.,

    Plaintiff(s),

v.

EARL OF SANDWICH (HOLDING)  LLC,
EARL OF SANDWICH (USA) LLC,
EARL OF SANDWICH (CORPORATE)  LLC, and
MICHAEL GRODI,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs'   Motion to Supplement Scheduling Order (Docket No **27,** Filed August 17, 2007) ("the motion").

    IT IS HEREBY   **ORDERED** that the motion is **GRANTED.**

Dated:  August 21, 2007