IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00817-WYD-KLM

QUIZNO'S FRANCHISING II, LLC.,
QFA ROYALTIES, LLC.,
QIP HOLDER, LLC.,
TQSC II, LLC.,

      Plaintiff(s),

v.

EARL OF SANDWICH (HOLDING)  LLC,
EARL OF SANDWICH (USA) LLC,
EARL OF SANDWICH (CORPORATE)  LLC, and
MICHAEL GRODI,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter comes before the Court pursuant to the Joint Motion to Amend Scheduling Order to Extend Deadlines for Expert Disclosures [Docket No. 41, Filed October 8, 2007] ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The Scheduling Order entered on July 16, 2007 [Docket No. 19] is amended as follows:

- Expert witness disclosures and reports      **November 5, 2007**
- Rebuttal expert witness disclosures and reports      **December 4, 2007**

Dated:  October 9, 2007