IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00817-WYD-KLM

QUIZNO'S FRANCHISING II, LLC.,
QFA ROYALTIES, LLC.,
QIP HOLDER, LLC.,
TQSC II, LLC.,

    Plaintiff(s),

v.

EARL OF SANDWICH (HOLDING)  LLC,
EARL OF SANDWICH (USA) LLC,
EARL OF SANDWICH (CORPORATE)  LLC, and
MICHAEL GRODI,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Amended Motion for Extension fo Time to File Settlement Documents [Docket No. 58, Filed November 15, 2007] ("amended motion"). The Court issued an Order regarding the first motion [Docket No. 55] on November 15, 2007 [Docket No. 57] before the parties filed the amended motion.

    IT IS HEREBY **ORDERED** that the amended motion is **DENIED as moot**.

Dated:  November 15, 2007