IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00817-WYD-KLM

QUIZNO'S FRANCHISING II LLC,;
QFA ROYALTIES LLC;
QIP HOLDER LLC; and
TQSC II LLC,

    Plaintiffs,

v.

EARL OF SANDWICH (HOLDING) LLC;
EARL OF SANDWICH (USA) LLC;
EARL OF SANDWICH (CORPORATE) LLC; and
MICHAEL GRODI,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' joint Stipulation and Motion to Dismiss With Prejudice (docket #65), filed December 27, 2007. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this motion should be granted and the stipulation approved. Accordingly, it is

ORDERED that the Stipulation and Motion to Dismiss With Prejudice (docket #65) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: January 4, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge